```
 1  Steven W. Ritcheson, Esq. (SBN 1674062)
    INSIGHT, PLC
 2  578 Washington Blvd., #503
 3  Marina del Rey, CA 90292
    Telephone: (818) 744-8714
 4  Fax: (818) 337-0383
 5  Email: swritcheson@insightplc.com
 6
    Attorneys for Plaintiff
 7  ALTAIR LOGIX LLC, a Texas limited liability company
 8
                    UNITED STATES DISTRICT COURT
 9                  CENTRAL DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| **ALTAIR LOGIX LLC,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**QNAP INC.,**<br><br>　　　　　Defendant. | PATENT<br><br>Case No. 2:20-cv-08916<br><br>**NOTICE OF CASES INVOLVING THE SAME PATENT PENDING IN THIS DISTRICT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Altair Logix LLC provides notice of the following case pending in this district that involves the same patent-in-suit (U.S. Patent No. 6,289,434):

- *Altair Logix LLC v. Aaxa Technologies, Inc.*, Civil Case No. 2:20-cv-8915 (CDCA).

| | | |
|---|---|---|
| September 30, 2020 | By | /s/*Steven W. Ritcheson* |
| | | Steven W. Ritcheson, Esq. |
| OF COUNSEL: | | (SBN 1674062) |
| | | INSIGHT, PLC |
| | | 578 Washington Blvd., #503 |
| David R. Bennett | | Marina del Rey, CA 90292 |
| (Application for Admission *Pro Hac* | | Telephone: (818) 744-8714 |
| *Vice* to be filed) | | Fax: (818) 337-0383 |
| Direction IP Law | | |

- 2 -

| | | |
|---|---|---|
| 1 | P.O. Box 14184 | Email: swritcheson@insightplc.com |
| 2 | Chicago, IL 60614-0184 | |
| 3 | (312) 291-1667<br>dbennett@directionip.com | *Attorneys for Plaintiff*<br>*Altair Logix LLC* |

- 2 -

NOTICE OF CASES INVOLVING THE
SAME PATENT PENDING IN THIS DISTRICT

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/*Steven W. Ritcheson*
Steven W. Ritcheson, Esq.

- 3 -
NOTICE OF CASES INVOLVING THE
SAME PATENT PENDING IN THIS DISTRICT