Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd., #503
Marina del Rey, CA  90292
Telephone: (818) 744-8714
Facsimile:  (818) 337-0383
Email: swritcheson@insightplc.com

David R. Bennett (*pro hac vice* pending)
  dbennett@directionip.com
**Direction IP Law**
P.O. Box 14184
Chicago, IL  60603
Telephone:  (312) 291-1667

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>QNAP INC.,<br><br>          Defendant. | Case No. 2:20-CV-08916-JAK-AFM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: October 30, 2020<br>Current response date: November 20, 2020<br>New response date: January 11, 2021 |

Plaintiff Altair Logix LLC ("Plaintiff") and Defendant QNAP Inc. ("Defendant") submit this stipulation to extend the time for Defendant to respond to Plaintiff's complaint:

WHEREAS, the Complaint was served by substitute service on October 30, 2020;

WHEREAS, the current date for Defendant to respond to Plaintiff's Complaint is November 20, 2020;

1  WHEREAS, Plaintiff and Defendant have met and conferred concerning extending the time within which the Defendant may respond to Plaintiff's Complaint; and

WHEREAS, Plaintiff has agreed to an extension of time for Defendant to respond to Plaintiff's Complaint.

Accordingly, Plaintiff and Defendant, subject to approval of the Court, hereby agree that the deadline for Defendant to respond to Plaintiff's Complaint is extended to January 11, 2021.  A Proposed Order Granting the Stipulation to Extend Time to Respond to Initial Complaint is being submitted with this Stipulation.

Dated:  November 18, 2020

Respectfully submitted,

/s/ Steven W. Ritcheson
Steven W. Ritcheson (SBN 1674062)
**INSIGHT, PLC**
578 Washington Blvd., #503
Marina del Rey, CA  90292
Telephone: (818) 744-8714
Facsimile:  (818) 337-0383
Email: swritcheson@insightplc.com

David R. Bennett (*pro hac vice* pending)
   dbennett@directionip.com
**Direction IP Law**
P.O. Box 14184
Chicago, IL  60603
Telephone:   (312) 291-1667

*Attorneys for Plaintiff*
*Altair Logix LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 18, 2020, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system.  The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.  Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

      */s/ Steven W. Ritcheson*
      Steven W. Ritcheson