Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd., #503
Marina del Rey, CA  90292
Telephone: (818) 744-8714
Facsimile:  (818) 337-0383
Email: swritcheson@insightplc.com

David R. Bennett (*pro hac vice* pending)
  dbennett@directionip.com
**Direction IP Law**
P.O. Box 14184
Chicago, IL  60603
Telephone:   (312) 291-1667

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QNAP INC.,<br><br>　　　　Defendant. | Case No. 2:20-CV-08916-JAK-AFM<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: October 30, 2020<br>Current response date: November 20, 2020<br>New response date: January 11, 2021 |

　　　Plaintiff Altair Logix LLC ("Plaintiff") submit this unopposed motion to extend the time for Defendant to respond to Plaintiff's complaint:

　　　WHEREAS, the Complaint was served by substitute service on October 30, 2020;

　　　WHEREAS, the current date for Defendant to respond to Plaintiff's Complaint is November 20, 2020;

1  WHEREAS, Plaintiff and Defendant have met and conferred concerning
2  extending the time within which the Defendant may respond to Plaintiff's Complaint;
3  and
4  WHEREAS, Plaintiff has agreed to an extension of time for Defendant to
5  respond to Plaintiff's Complaint.
6  Accordingly, Plaintiff respectfully moves on behalf of Defendant to extend the
7  deadline for Defendant to respond to Plaintiff's Complaint is extended to January 11,
8  2021.  A Proposed Order Granting the Unopposed Motion to Extend Time to Respond
9  to Initial Complaint is being submitted with this Motion.

Dated:  November 20, 2020

Respectfully submitted,

/s/ Steven W. Ritcheson
Steven W. Ritcheson (SBN 1674062)
**INSIGHT, PLC**
578 Washington Blvd., #503
Marina del Rey, CA  90292
Telephone: (818) 744-8714
Facsimile:  (818) 337-0383
Email: switcheson@insightplc.com

David R. Bennett (*pro hac vice* pending)
   dbennett@directionip.com
**Direction IP Law**
P.O. Box 14184
Chicago, IL  60603
Telephone:   (312) 291-1667

*Attorneys for Plaintiff*
*Altair Logix LLC*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned certifies that on November 20, 2020, the foregoing document |
| 3 | was electronically filed with the Clerk of the Court for the UNITED STATES |
| 4 | DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, using Court's |
| 5 | Electronic Case Filing (ECF) system.  The ECF system routinely sends a "Notice of |
| 6 | Electronic Filing" to all attorneys of record who have consented to accept this notice |
| 7 | as service of this document by electronic means.  Any party not receiving the Court's |
| 8 | electronic notification will be sent a copy of the foregoing document. |

                                          */s/ Steven W. Ritcheson*
                                          Steven W. Ritcheson