# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALTAIR LOGIX LLC, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 2:20-cv-08916-JAK-AFM |
| QNAP INC., | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| November 20, 2020 | / | 15 | / | Unopposed Motion to Extend Time for Defendant |
|---|---|---|---|---|
| Date Filed | | Doc. No. | | Title of Document |
| | / | | / | to Respond to Initial Complaint |
| Date Filed | | Doc. No. | | Title of Document |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☒ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☒ Other: Failure to comply with Local Rule 6-1.

Dated: November 24, 2020

By: _____
U.S. District Judge

cc: Assigned District and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)     ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)