Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd., #503
Marina del Rey, CA  90292
Telephone: (818) 744-8714
Facsimile:  (818) 337-0383
Email: swritcheson@insightplc.com

David R. Bennett (*pro hac vice* pending)
    dbennett@directionip.com
**Direction IP Law**
P.O. Box 14184
Chicago, IL  60603
Telephone:  (312) 291-1667

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>            Plaintiff,<br><br>        vs.<br><br>QNAP INC.,<br><br>            Defendant. | Case No. 2:20-CV-08916-JAK-AFM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS**<br><br>Complaint sub served: October 30, 2020<br>Current response date: November 30, 2020<br>New response date: January 14, 2021 |

Plaintiff Altair Logix LLC ("Plaintiff") and Defendant QNAP Inc. ("Defendant") submit this stipulation to extend the time for Defendant to respond to Plaintiff's complaint by 45 days:

WHEREAS, the Complaint was served by substitute service on October 30, 2020;

WHEREAS, the current date for Defendant to respond to Plaintiff's Complaint is November 30, 2020;

1    WHEREAS, Plaintiff and Defendant have met and conferred concerning
2  extending the time within which the Defendant may respond to Plaintiff's Complaint;
3  and
4    WHEREAS, Plaintiff has agreed to a 45-day extension of time for Defendant to
5  respond to Plaintiff's Complaint.
6    Accordingly, Plaintiff and Defendant, subject to approval of the Court, hereby
7  agree that the deadline for Defendant to respond to Plaintiff's Complaint is extended
8  by 45 days – to January 14, 2021.  A Proposed Order Granting the Stipulation to
9  Extend Time to Respond to Initial Complaint by 45 Days is being submitted with this
10 Stipulation.

12 Dated:  November 30, 2020

13 Respectfully submitted,                              Respectfully submitted,

15 */s/ Steven W. Ritcheson*                            */s/ David J. Tsai*
   Steven W. Ritcheson (SBN 174062)             Christopher Kao (SBN 237716)
16 **INSIGHT, PLC**                                       Christopher.kao@pillsburylaw.com
   578 Washington Blvd., #503                       David J. Tsai (SBN 244479)
17 Marina del Rey, CA  90292                         david.tsai@pillsburylaw.com
   Telephone: (818) 744-8714                        **PILLSBURY WINTHROP SHAW**
18 Facsimile:  (818) 337-0383                       **PITTMAN LLP**
   Email: swritcheson@insightplc.com          Four Embarcadero Center, 22nd Floor
19                                                    San Francisco, CA  94111-5998
20                                                    Telephone:   415.983.1000
   David R. Bennett (*pro hac vice* pending)    Facsimile:   415.983.1200
21   dbennett@directionip.com
   **Direction IP Law**                                 *Attorneys for Defendant*
22 P.O. Box 14184                                   *QNAP Inc.*
   Chicago, IL  60603
23
   Telephone:   (312) 291-1667
24

25 *Attorneys for Plaintiff*
26 *Altair Logix LLC*

27

28

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on November 30, 2020, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system.  The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.  Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

        */s/ Steven W. Ritcheson*
        Steven W. Ritcheson