Steven W. Ritcheson, Esq. (SBN 1674062)
**INSIGHT, PLC**
578 Washington Blvd., #503
Marina del Rey, CA  90292
Telephone: (818) 744-8714
Facsimile:  (818) 337-0383
Email: swritcheson@insightplc.com

David R. Bennett (*pro hac vice* pending)
  dbennett@directionip.com
**Direction IP Law**
P.O. Box 14184
Chicago, IL  60603
Telephone:  (312) 291-1667

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>QNAP INC.,<br><br>         Defendant. | Case No. 2:20-CV-08916-JAK-AFM<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT BY 45 DAYS**<br><br>Complaint sub served: October 30, 2020<br>Current response date: November 30, 2020<br>New response date: January 14, 2021 |

Plaintiff Altair Logix LLC ("Plaintiff") and Defendant QNAP Inc. ("Defendant") submit this joint stipulation to extend the time for Defendant to respond to Plaintiff's complaint by 45 days:

WHEREAS, the Complaint was served by substitute service on October 30, 2020;

WHEREAS, the current date for Defendant to respond to Plaintiff's Complaint is November 30, 2020;

1  WHEREAS, Plaintiff and Defendant have met and conferred concerning
2  extending the time within which the Defendant may respond to Plaintiff's Complaint;
3  and
4  WHEREAS, Plaintiff has agreed to a 45-day extension of time for Defendant to
5  respond to Plaintiff's Complaint.
6  Accordingly, Plaintiff and Defendant, subject to approval of the Court, hereby
7  agree that the deadline for Defendant to respond to Plaintiff's Complaint is extended
8  by 45 days – to January 14, 2021.  A Proposed Order Granting the Stipulation to
9  Extend Time to Respond to Initial Complaint by 45 Days is being submitted with this
10 Stipulation.

| | |
|---|---|
| Dated:  November 30, 2020 | Dated:  November 30, 2020 |
| Respectfully submitted, | Respectfully submitted, |
|    */s/ Steven W. Ritcheson*          |    */s/ David J. Tsai*            |
| Steven W. Ritcheson (SBN 1674062) | Christopher Kao (SBN 237716) |
| **INSIGHT, PLC** |   Christopher.kao@pillsburylaw.com |
| 578 Washington Blvd., #503 | David J. Tsai (SBN 244479) |
| Marina del Rey, CA  90292 |   david.tsai@pillsburylaw.com |
| Telephone: (818) 744-8714 | **PILLSBURY WINTHROP SHAW** |
| Facsimile:  (818) 337-0383 | **PITTMAN LLP** |
| Email: swritcheson@insightplc.com | Four Embarcadero Center, 22nd Floor |
| | San Francisco, CA  94111-5998 |
| David R. Bennett (*pro hac vice* pending) | Telephone:  415.983.1000 |
|   dbennett@directionip.com | Facsimile:  415.983.1200 |
| **Direction IP Law** | |
| P.O. Box 14184 | *Attorneys for Defendant* |
| Chicago, IL  60603 | *QNAP Inc.* |
| Telephone:  (312) 291-1667 | |
| | |
| *Attorneys for Plaintiff* | |
| *Altair Logix LLC* | |

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)92)(i) all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

　　　　　　　　　　　　　　　　　　　　/s/ Steven W. Ritcheson
　　　　　　　　　　　　　　　　　　　　Steven W. Ritcheson

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 30, 2020, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system.  The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.  Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

　　　　　　　　　　　　　　　　　　　　/s/ Steven W. Ritcheson
　　　　　　　　　　　　　　　　　　　　Steven W. Ritcheson