Steven W. Ritcheson, Esq. (SBN 174062)
INSIGHT, PLC
578 Washington Blvd., #503
Marina del Rey, CA 90292
Telephone:  (818) 744-8714
Fax:  (818) 337-0383
Email:  swritcheson@insightplc.com

Attorneys for Plaintiff
ALTAIR LOGIX LLC, a Texas limited liability company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALTAIR LOGIX LLC,**<br><br>              Plaintiff,<br>   v.<br><br>**QNAP INC.,**<br><br>              Defendant. | PATENT<br><br>Case No. 2:20-cv-08916-JAK-AFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Altair Logix LLC hereby files this Notice of Voluntary Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.  Accordingly, Altair Logix LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1). Each Party will bear its own attorney's fees and costs.

| | | |
|---|---|---|
| 1 | January 5, 2021 | By  /s/*Steven W. Ritcheson* |
| 2 | | Steven W. Ritcheson, Esq. |
| 3 | OF COUNSEL: | (SBN 174062) |
| | | INSIGHT, PLC |
| 4 | David R. Bennett | 578 Washington Blvd., #503 |
| 5 | (Admitted *Pro Hac Vice*) | Marina del Rey, CA 90292 |
| | Direction IP Law | Telephone:  (818) 744-8714 |
| 6 | P.O. Box 14184 | Fax:  (818) 337-0383 |
| 7 | Chicago, IL 60614-0184 | Email:  swritcheson@insightplc.com |
| | (312) 291-1667 | |
| 8 | dbennett@directionip.com | *Attorneys for Plaintiff* |
| | | *Altair Logix LLC* |

- 2 -

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2021, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/*Steven W. Ritcheson*
Steven W. Ritcheson, Esq.
